```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 43120
   DAVID CAVAZOS
   CLAUDIA CAVAZOS                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-6107     SSN XXX-XX-4355
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 11/19/2004 and was confirmed 01/31/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 35.59% from remaining funds.

   The case was paid in full 12/08/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CCO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHARTER ONE BANK FSB | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 4399.20 | .00 | 1565.59 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 18743.91 | .00 | 6670.62 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 695.11 | .00 | 247.38 |
| CHASE VISA | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 21180.23 | .00 | 7537.65 |
| ECAST SETTLEMENT CORP | UNSECURED | 16072.28 | .00 | 5719.83 |
| ECAST SETTLEMENT CORP | UNSECURED | 3735.00 | .00 | 1329.21 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1431.01 | .00 | 509.27 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| SEARS PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 1902.14 | .00 | 676.94 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,594.00 | | 2,594.00 |
| TOM VAUGHN | TRUSTEE | | | 1,709.51 |
| DEBTOR REFUND | REFUND | | | 297.50 |

   Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 28,857.50 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 24,256.49 |
| ADMINISTRATIVE | | 2,594.00 |
| TRUSTEE COMPENSATION | | 1,709.51 |
| DEBTOR REFUND | | 297.50 |

```
                            ---------------      ---------------
TOTALS                          28,857.50            28,857.50
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 03/05/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```